**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MIKHAIL KOGAN**<br>**Plaintiff,**<br><br>v.<br><br>**T-M AUTOMOTIVE, INC. d/b/a TEAM TOYOTA,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 22-0519** |

## ORDER

**AND NOW**, this 20th day of March, 2023, upon consideration of Defendant's Motion for Summary Judgment and support thereof (ECF No. 19), Defendant's opposition thereto (ECF Nos. 22 & 23), and Defendant's reply (ECF No. 26), **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

                                                **BY THE COURT:**

                                                /s/Wendy Beetlestone, J.

                                                **WENDY BEETLESTONE, J.**